IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

TIFFANY HENSLEY,

    Plaintiff,

v.                                                No. 1:25-cv-01104-STA-jay

BENTON COUNTY, TENNESSEE;
CHRIS RICHARDS, *Sgt. – in his individual capacity*;
SEAN BECK, *Deputy – in his individual capacity*;
AVERY HICKS, *Sgt. – in her individual capacity*; and
BETHANY WILSON, *in her individual and official capacities*.

    Defendants.

---

## REPORT AND RECOMMENDATION

---

On May 1, 2025, Plaintiff Tiffany Hensley, proceeding pro se,[1] moved for a preliminary injunction and request for expedited relief against the Tennessee Department of Children's Services ("DCS"). (Docket Entry ["D.E."] 7.) Hensley sought injunctive relief from this Court with regard to an ongoing proceeding involving Hensley, her minor daughter, and DCS. (*Id.*) On May 11, 2025, Hensley filed a Notice stating that the circumstances giving rise to her motion for preliminary injunction had changed and, as a result, the injunctive relief she sought had become moot. (D.E. 9.) As such, it is RECOMMENDED that Plaintiff Tiffany Hensley's motion for a preliminary injunction and request for expedited relief be DENIED AS MOOT.

Respectfully submitted this, the 27th day of May 2025.

                                                          **s/Jon A. York**
                                                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] This case has been referred to the United States Magistrate Judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate. Admin. Order 2013-05.

## **NOTICE**

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS.** *SEE* **28 U.S.C. § 636(b)(1); LOCAL RULE 72.1(g)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**