IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TIFFANY HENSLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 25-1104-STA-jay |
| | ) |
| **BENTON COUNTY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation to deny Plaintiff's motion for a preliminary injunction and request for expedited relief against the Tennessee Department of Children's Services ("DCS") (ECF No. 7) as moot based on Plaintiff's notice stating that the circumstances giving rise to her motion for preliminary injunction had changed and, as a result, the injunctive relief she sought had become moot. (ECF No. 14.) Neither party has filed any objections to the Magistrate Judge's Report.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record, the Court hereby **ADOPTS** the Report. Plaintiff's motion for a preliminary injunction is **DENIED** as moot.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 16, 2025