### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

---

**TIFFANY HENSLEY,**

       **Plaintiff,**

**v.**                      **No. 25-1104-STA-jay**

**BENTON COUNTY SHERIFF'S
DEPARTMENT, et al.,**

       **Defendants.**

---

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 43) concerning Defendant Bethany Wilson's motion to dismiss (ECF No. 24-25), Plaintiff Tiffany Hensley's motion for preliminary injunction and request for expedited relief (ECF No. 28), and Plaintiff's motion to reissue process on Defendant Wilson in her official capacity.  (ECF No. 35.)  The Magistrate Judge has recommended and the Court agrees that Defendant Wilson's motion to dismiss be **GRANTED** and, as a result, Plaintiff's motion to reissue service on Defendant Wilson be **DENIED AS MOOT** and that Plaintiff's motion for preliminary injunction be **DENIED**.

The Magistrate Judge submitted his Report and Recommendation on March 12, 2026. Objections to the Report and Recommendation were due within fourteen days of the entry of the Report.  To date Plaintiff has filed no objections to the Magistrate Judge's Report.  (ECF No. 5.) "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 (Advisory

Committee Notes to 1983 Amendment). Further, the Supreme Court stated in *Thomas v. Arn*, 474 U.S. 140, 150 (1985), "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."

Having reviewed the Magistrate Judge's Report and Recommendation and the entire record of the proceedings, the Court hereby **ADOPTS** the Report in its entirety. The Clerk of the Court is **DIRECTED** to terminate Defendant Bethany Wilson as a party in this action.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 31, 2026