IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **TIFFANY HENSLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 25-1104-STA-jay** |
| | ) | |
| **BENTON COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION PARTIALLY GRANTING AND PARTIALLY DENYING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 40) be partially granted and partially denied. (ECF No. 47.) Plaintiff filed a notice of non-objection to the Report and Recommendation on August 26, 2026. (ECF No. 48.) Defendants have not filed any objections.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record, the Court hereby **ADOPTS** the Report in its entirety. Defendants' Motion for Judgment on the Pleadings is **PARTIALLY GRANTED** and **PARTIALLY DENIED**. The motion is **GRANTED** on the following claims:

• the Fourth Amendment claim against Defendant Beck arising from the execution of the search warrant on March 31, 2025;

• the Fourteenth Amendment claim against Defendant Beck arising from his seizure of Plaintiff's vehicle on March 31, 2025;

• the Fourteenth Amendment claim against Defendant Beck arising from Plaintiff's temporary loss of custody of her child;

• the Fourteenth Amendment claim against Defendant Hicks arising from Plaintiff's not being permitted to dress during the execution of the March 31, 2025 search warrant;

• the *Monell* claim against Defendant Benton County; and

• the state law conversion claim against Defendant Beck.

The motion is **DENIED** on the ground that qualified immunity is not warranted at this stage of the litigation with regard to:

• the Fourth Amendment claim against Defendant Beck arising from the March 31, 2025 seizure of Plaintiff's vehicle; and

• the Fourth Amendment claim against Defendant Hicks arising from Plaintiff's not being permitted to dress during the execution of the March 31, 2025 search warrant.

Remaining also are the claims arising from Plaintiff's April 8, 2025 traffic stop against Defendants Beck and Richards which were not raised in Defendants' motion for judgment on the pleadings and the Fourth Amendment claims against Defendants Beck and Hicks

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 11, 2026